In the Matter of the Transfer Tax upon the Estate of JOHN S. TILLEY, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; EMMA R. TILLEY, Individually and as Executrix, Respondent.

*Matter of Tilley*, 166 App. Div. 240, affirmed.
(Argued May 26, 1915; decided June 15, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 5, 1915, which affirmed an order of the Albany County Surrogate's Court reversing a prior order assessing a transfer tax upon one-half of the amount of certain joint savings bank accounts made out to the decedent and his wife, and one that was made out to the decedent and his daughter, and exempting such accounts from taxation.

*William Law Stout* for appellant.

*Abel Merchant, Jr.,* and *Henry D. Merchant* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.